UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 06-05478-MMM(Ex) | Date | February 6, 2008 |

| Title | Gryphon Master Fund, et al vs. George Raney |

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None appearing | None appearing |

**Proceedings:**          IN CHAMBERS - COURT ORDER RE ORDER TO SHOW CAUSE


        On January 24, 2008, the court issued an order resetting the further telephone conference for February 6, 2008 at 5:15 p.m. because defendant failed to make a telephonic appearance.  Further, the order noted it would issue an Order To Show Cause if defendant failed to make an appearance.

        Defendant failing to make a telephonic appearance, the court hereby issues an Order To Show Cause why it should not strike defendant's answer and enter default against him.   A response to the Order To Show Cause must be filed no later than February 19, 2008.  If defendant fails to comply with this court's order, it will immediately strike defendant's answer and enter default.